HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JASON LAMONT HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-MJ-00193 SAB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| vs. | ) ) | Date:    December 2, 2014 |
| JASON LAMONT HARRIS, | ) ) | Time:    1:30 p.m. Judge:  Barbara A. McAuliffe |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Laurel Montoya, Counsel for Plaintiff, Assistant Federal Defender, Jerome Price, Counsel for Defendant, Jason Lamont Harris, that the status conference hearing currently set for November 14, 2014, at 1:30 p.m., may be rescheduled to December 2, 2014, at 1:30 p.m.

The parties need additional time to execute the Rule 20 agreement.  The parties agree that the above case will be transferred to the Eastern District of California.  The requested continuance will conserve time and resources for both counsel and the court and provide an opportunity for the parties to finish executing the agreement.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | |
| 4 | Dated: November 13, 2014    /s/ *Laurel Montoya*<br>LAUREL MONTOYA |
| 5 | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 | |
| 7 | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 | |
| 9 | Dated: November 13, 2014    /s/ *Jerome Price*<br>JEROME PRICE |
| 10 | Assistant Federal Defender<br>Attorneys for Defendant |
| 11 | JASON L. HARRIS |

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause, that the 1st Status Conference regarding Rule 20 from Northern District of Alabama be continued from November 14, 2014 before Judge McAuliffe to Tuesday, December 2, 2014 at 1:30p.m. before Judge Austin.

IT IS SO ORDERED.

Dated:  **November 13, 2014**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE